UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IOANNIS KANELLAKOPOULOS, | Case No. 5:15-cv-04674-BLF |
|---|---|
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | |
| UNIMERICA LIFE INSURANCE COMPANY, | |
| Defendant. | |

On 02/04/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| Last Day to Amend Pleadings or Add Parties | n/a |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 10/19/2017 at 9:00 am |
| Final Pretrial Conference | 02/08/2018 at 1:30 pm |
| Trial | 02/26/2018 at 9:00 am |

1       IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3       IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5       IT IS FURTHER ORDERED THAT the parties are to meet, confer and file a stipulated
6  proposed schedule regarding dates and deadlines to trial.

Dated:  02/04/2016

_____
BETH LABSON FREEMAN
United States District Judge