CREITZ & SEREBIN LLP
Joseph A. Creitz, Cal. Bar No. 169552
joe@creitzserebin.com
Lisa S. Serebin, Cal. Bar No. 146312
lisa@creitzserebin.com
250 Montgomery Street, Suite 1410
San Francisco, CA 94104
415.466.3090 (tel)
415.513.4475 (fax)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOANNIS KANELLAKOPOULOS,<br><br>Plaintiff,<br><br>v.<br><br>UNIMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No.: 15-cv-4674-BLF<br><br>**STIPULATED CASE MANAGEMENT SCHEDULE AND [Proposed] ORDER** |

Pursuant to the court's order in open court on February 4, 2016, the parties hereby stipulate to the following case management schedule, subject to approval and/or modification by the Court:

| | |
|---|---|
| Last day to complete mediation | September 29, 2016 |
| Completion of Non-Expert Discovery | June 2, 2017 |

*Kanellakopoulos v. Unimerica, 15-cv-4676-BLF*
STIPULATED CASE MANAGEMENT SCHEDULE

1

| | |
|---|---|
| Last Day To Designate Experts (if any) and Produce Expert Reports | June 30, 2017 |
| Completion of Expert Discovery | August 18, 2017 |
| Last Day to File Dispositive Motions | September 14, 2017 |

Dated:  February 9, 2016        /s/ Lisa S. Serebin
                                Joseph A. Creitz
                                Lisa S. Serebin
                                CREITZ & SEREBIN LLP
                                Counsel for Plaintiff Ioannnis Kanellakopoulos


Dated:  February 9, 2016        /s/ J. Russell Stedman
                                J. Russell Stedman
                                HINSHAW & CULBERTSON, LLP
                                Counsel for Defendant Unimerica

*Kanellakopoulos v. Unimerica, 15-cv-4676-BLF*
STIPULATED CASE MANAGEMENT SCHEDULE

# SIGNATURE ATTESTATION

I hereby attest that I have obtained the concurrence of J. Russell Stedman, Esq., counsel for Defendant Unimerica Life Insurance Company, for the filing of this Stipulated Case Management Schedule and Proposed Order.

/s/ Lisa S. Serebin<br>LISA S. SEREBIN

## CASE MANAGEMENT ORDER

The above STIPULATED JOINT CASE MANAGEMENT SCHEDULE is approved as the Case Management Order for this case and all parties shall comply with its provisions. [In addition, the Court makes the further orders stated below:]

IT IS SO ORDERED.

Dated: February 10, 2016

_____
Hon. Beth Labson Freeman
United States District Court Judge

*Kanellakopoulos v. Unimerica, 15-cv-4676-BLF*
STIPULATED CASE MANAGEMENT SCHEDULE
4