UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IOANNIS KANELLAKOPOULOS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIMERICA LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.5:15-cv-04674-BLF (HRL)<br><br>**ORDER DIRECTING PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S REQUEST FOR PROTECTIVE ORDER** |

This court has received a July 12, 2017 request from defendant for a protective order concerning several examination topics plaintiff noticed for defendant's July 19, 2017 Fed. R. Civ. P. 30(b)(6) deposition. **By noon on July 14, 2017**, plaintiff shall file a response (no more than 6 pages) to defendant's request. Plaintiff's response shall also include an explanation why plaintiff's counsel reportedly refused to meet-and-confer about the subject topics (apparently leading to the filing of defendant's unilateral request, rather than a joint discovery report as required by the undersigned's Standing Order re Civil Discovery Disputes). This court will endeavor to resolve this dispute prior to the July 19 deposition. Nevertheless, pending resolution of this discovery matter, defendant's deposition is stayed, but only as to the disputed examination

topics.

SO ORDERED.

Dated: July 13, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge