IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IOANNIS KANELLAKOPOULOS, <br><br> Plaintiff, <br><br> vs. <br><br> UNIMERICA INSURANCE COMPANY, <br><br> Defendant. | Case No.: C 15-04674 BLF (HRL) <br><br> [proposed] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SEEK RECONSIDERATION <br><br> Re: Dkt. 99 |

Pursuant to the Motion for Leave to Seek Reconsideration ("Motion for Leave") filed by Plaintiff on October 29, 2017 (Dkt. 99) pursuant to Civil Local Rule 7-9, and finding good cause appearing, the court hereby GRANTS the Motion. The Motion for Leave shall be treated as the Motion for Reconsideration. Defendant shall file a response thereto no later than **November 3, 2017** and Plaintiff shall file his reply no later than **November 6, 2017. Upon submission of the papers, this court may decide the matter without a hearing, or it will advise of a hearing date and time if it determines that oral argument is necessary. SO ORDERED.**

Dated: October 30, 2017

United States ~~District~~ Judge
Magistrate
Howard R. Lloyd

KANELLAKOPOULOS v. UNIMERICA – Case No. C 15-04674 BLF
[proposed] ORDER GRANTING PLAINT. MOT FOR LEAVE TO SEEK RECONSIDERATION      1