UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IOANNIS KANELLAKOPOULOS,<br><br>Plaintiff,<br><br>v.<br><br>UNIMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 5:15-cv-04674-BLF (HRL)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 99 |

On a prior discovery dispute, this court ruled that, in fairness, defendant should have an opportunity to depose Laura Parker in her capacity as an expert. (Dkt. 90). Plaintiff seeks reconsideration of that ruling. Expedited briefing was ordered. The matter is deemed suitable for determination without oral argument. Civ. L.R. 7-1(b). Having considered the moving and responding papers, this court rules as follows:

1. Finding no basis to reverse its prior decision, the court DENIES plaintiff's motion for reconsideration.
2. Defendant's request for an award of its fees and costs incurred in opposing plaintiff's motion is DENIED.
3. Any arrangements defendant wishes to make with respect to compensating Ms. Parker in connection with the second deposition are between defendant and Ms. Parker.

4. The propriety of Parker's designation as an expert, the consequences of whether or not she will appear for trial, and the questions of what use may be made of her testimony are for the presiding judge to address on another day.

SO ORDERED.

Dated: November 13, 2017

_____
HOWARD R. LLOYD
United States Magistrate Judge