1

2

3

4

5 **UNITED STATES DISTRICT COURT**

6 **NORTHERN DISTRICT OF CALIFORNIA**

7 **SAN JOSE DIVISION**

8

9 IOANNIS KANELLAKOPOULOS,                Case No. 15-cv-04674-BLF

10              Plaintiff,

11        v.                                               **ORDER RE JOINT STATEMENT
                                                           REGARDING PROPOSED CHANGES
**12 UNIMERICA LIFE INSURANCE                **TO THE JUROR QUESTIONNAIRE**
COMPANY,
13                                                 [Re: ECF 209]
             Defendant.
14

15        The Court has reviewed the parties' Joint Statement Regarding Proposed Changes to the

16 Juror Questionnaire (ECF 209).

17        The Court GRANTS Defendant's unopposed request to add proposed question 26, as

18 MODIFIED by the Court. The Court has modified proposed question 26 by combining it with

19 proposed question 27. Question 26 shall read:

20

21        26.        Have you or anyone close to you ever suffered an important loss where you filed

22                   any sort of claim or lawsuit, or wanted to file a claim or lawsuit?

23                   ☐ Yes ☐ No  If Yes, please describe:

24

25        Because it has combined Defendant's proposed questions 26 and 27, as set forth above, the

26 Court DENIES Defendant's request to add proposed question 27 separately.

27        The Court DENIES Defendant's request to add proposed question 28 on the grounds that it

28 is unclear and confusing.

1    The Court DENIES Defendant's request to delete questions 16, 18, 21, 31, and 33 from the

2  questionnaire.[1] Defendant's request is untimely. Although the Court granted Defendant leave to

3  propose 2 or 3 additional questions, the Court did not invite Defendant to propose deletions of

4  questions already approved by the Court without objection by Defendant.

5    Plaintiff shall add question 26 to the questionnaire, using the modified language set forth

6  above. After Defendant reviews the change and approves it as to form, Plaintiff shall deliver 50

7  copies of the revised questionnaire to the Court by 12:00 p.m. on Thursday, February 22, 2018.

8    **IT IS SO ORDERED.**

9

10  Dated: February 20, 2018

11  _____

BETH LABSON FREEMAN
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] These question numbers do not correlate to the original questionnaire submitted by Plaintiff and discussed by the Court at the Final Pretrial Conference, but rather to a revised version of the questionnaire implementing changes the Court directed Plaintiff to make.