**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IOANNIS KANELLAKOPOULOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNIMERICA LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 15-cv-04674-BLF<br><br>**ORDER APPROVING AND ADOPTING PARTIES' JOINT PRETRIAL STATEMENTS**<br><br>[Re: ECF 147, 148] |

Pursuant to this Court's standing orders, the parties filed joint pretrial statements identifying all claims and defenses that remain to be decided in this case. *See* Joint Pretrial Statement Re: UCL Claims, ECF 147; Joint Pretrial Statement Re: Breach of Contract and Insurance Bad Faith Claims, ECF 148. The parties are precluded from presenting claims or defenses at trial which were not set forth in their joint pretrial statements. *See* Standing Order Re Final Pretrial Conference – Jury Trial, ¶ B.1.b; Standing Order Re Final Pretrial Conference – Bench Trial, ¶ B.1.b.

The Court hereby APPROVES AND ADOPTS the parties' joint pretrial statements (ECF 147, 148), as modified by the Court's rulings on motions *in limine* and rulings made during the course of the trial.

**IT IS SO ORDERED.**

Dated: March 2, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge