# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

IOANNIS KANELLAKOPOULOS,

    Plaintiff,

v.

UNIMERICA LIFE INSURANCE COMPANY,

    Defendant.

Case No. 15-cv-04674-BLF

**JUDGMENT**

In accordance with the jury's verdict entered on March 20, 2018, and the Court's Findings of Fact and Conclusions of Law Re: Plaintiff's UCL Claim filed on October 17, 2018, attached hereto,

It is hereby ordered and adjudged that Plaintiff, Dr. Ioannis Kanellakopoulos, take nothing by this action and that

Judgment is entered for Defendant, Unimerica Life Insurance Company, and against Plaintiff, Dr. Ioannis Kanellakopoulos.

Dated: October 17, 2018

_____
BETH LABSON FREEMAN
United States District Judge